No. 222. PATZ and wife, Respondents, v. CUBALCHINI and wife, Appellants.

(Also reported in 225 N. W. 2d 102.)

The cause was submitted for the appellants on the brief of *Emmet McCarthy* of Marinette; and for the respondents on the brief of *William P. Kopish* and *Kopish, Miron & Boyle S. C.,* all of Marinette.

That part of the judgment granting plaintiffs injunctive relief is affirmed. That part of the judgment awarding plaintiffs money damages is reversed, and the cause is remanded for a new trial on the issue of money damages.